IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.   05-sw-5223-MJW

IN THE MATTER OF THE SEARCH OF
THE LAW OFFICES OF FUTRO & ASSOCIATES, P.C.,
LOCATED AT 1401 17TH STREET, SUITE 1150,
DENVER, COLORADO 80202

---

ORDER TO SEAL

---

The Court has for consideration the government's Motion to Seal Document #16, and Attachments, wherein the government asks this Court to seal Document #16, the motion and order attached thereto, and any order resulting from Document #16. Upon consideration, it is

ORDERED that the Document #16, the motion and order attached thereto, and any order issued by this Court with regard to Document #16, are hereby sealed until further order of this Court.

IT IS SO ORDERED on this 11TH day of April, 2006.

MICHAEL J. WATANABE
UNITED STATES DISTRICT JUDGE
DISTRICT OF COLORADO