IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-sw-5223-MJW

IN THE MATTER OF THE SEARCH OF
THE LAW OFFICES OF FUTRO & ASSOCIATES, P.C.,
LOCATED AT 1401 17TH STREET, SUITE 1150,
DENVER, COLORADO 80202.

---

ORDER

---

THE COURT having considered the Government's Fourth Motion to Seal, hereby orders that the following items in this case shall remain sealed until the 12th day of July 2006: At 8:15 Am.

1. The Application and Affidavit for Search Warrant, which was filed in this case on September 12, 2005.

2. The Motion to Seal of September 12, 2005.

3. The Order to Seal of September 12, 2005.

4. The Government's Second Motion to Seal.

5. The Order to seal of October 12, 2005.

6. The Government's Third Motion to Seal.

7. The Order to seal of January 12, 2006.

7. The Government's Fourth Motion to Seal.

8. This order.

Dated at Denver, Colorado, this 12th day of April 2006.

BY THE COURT:

_____
Michael J. Watanabe
U.S. Magistrate Judge